IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

SHERRY SCHANY, Mother and Next
Friend of JACOB HAMILTON, a Minor, )
)
          Plaintiff, )    No. C04-3083-MWB
)
  vs. )
)    JUDGMENT
BRUNSWICK CORPORATION; )    IN A CIVIL CASE
PACIFIC CYCLE, INC., and )
WAL-MART STORES, INC., )
)
          Defendants. )

This action came before the Court. The issues have been decided and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

       Plaintiff take nothing and this action is dismissed.

Dated: June 30, 2006                PRIDGEN J. WATKINS
                                                  Clerk

                                                 /s/ des
                                                 (By) Deputy Clerk